919 A.2d 187

**LOCKHEED MARTIN CORPORATION, Integrated Systems and Solutions Division, Appellant,**

v.

**PENNSYLVANIA STATE POLICE, Appellee.**

Supreme Court of Pennsylvania.

March 19, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of March, 2007, the above captioned appeal is quashed.